UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

|  |  |
|---|---|
| NAOMI NATAL HAYNES, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-01025-LSC-HNJ |
| KIMBERLY NEELY, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 10) on July 25, 2024, recommending that the court deny petitioner Naomi Natal Haynes's ("Haynes") petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) and dismiss her claims without prejudice as moot. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Haynes's petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) is due to be **DENIED** and her claims are due to be **DISMISSED WITHOUT PREJUDICE** as **MOOT**. A final judgment will be entered.

**DONE** and **ORDERED** on August 26, 2024.

_____
L. Scott Coogler
United States District Judge

160704